UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN K. MAUDE,<br><br>    Plaintiff,<br><br>v.<br><br>CIRO BARBOZA, et al.,<br><br>    Defendants. | Case No. 22-cv-03405-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 9, 13 |

Plaintiff Erin K. Maude filed this action pro se on June 9, 2022. Dkt. No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff's last day to complete service on Defendants was September 7, 2022. Plaintiff does not appear to have served Defendants by that deadline. Accordingly, on October 17, 2022, Magistrate Judge DeMarchi filed a report and recommendation, recommending that the Court dismiss the case for failure to timely serve Defendants and for failure to prosecute. *See* Dkt. No. 9. Plaintiff did not file an opposition to the report and recommendation.

Nevertheless, Plaintiff appears to have served one of the four Defendants—Defendant Ciro Barboza—on October 5, 2022. *See* Dkt. No. 10. Defendant Barboza has since appeared and filed a motion to dismiss. *See* Dkt. No. 13. But Plaintiff failed to file any opposition to the motion to dismiss by the November 9, 2022 deadline. In short, aside from serving Defendant Barboza, Plaintiff has not taken any steps to prosecute this action.

In filing this action, Plaintiff assumed the responsibility of serving the parties, meeting all deadlines, and prosecuting her case. The Court therefore **DIRECTS** Plaintiff **TO SHOW CAUSE** why the case should not be dismissed as to Defendants Francis Magbag, Hon. Sam Lavorato, Jr., and Hon. Timothy P. Roberts for failure to timely serve them under Federal Rule of

Civil Procedure 4(m) and for failure to prosecute. Plaintiff is also **DIRECTED TO SHOW CAUSE** why the motion to dismiss should not be granted and the case dismissed as to Defendant Barboza for failure to oppose the motion and failure to prosecute. Plaintiff shall file a statement of two pages or less by January 9, 2023. Plaintiff is cautioned that if she fails to respond to this order by January 9, the case may be dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: 12/15/2022

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge