Timothy Walton (S.B. # 184292)
WALTON TWU LLP
3233 Valencia Ave, Ste A5
Aptos, CA 95003

Phone: (831) 685-9800
Email: timothy.walton.47@gmail.com

Attorneys for Plaintiff Erin K. Maude

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERIN K. MAUDE,<br><br>   Plaintiff,<br><br>   v.<br><br>CIRO BARBOZA, *et al.*,<br><br>   Defendants. | Case No. 22-cv-03405-HSG<br><br>**STIPULATION TO FILING OF FIRST AMENDED COMPLAINT AND TO VACATE DEFENDANT BARBOZA'S MOTION TO DISMISS AND ORDER** (as modified) |

Plaintiff Erin K. Maude and Defendant Ciro Barboza hereby agree, pursuant to Fed. R. Civ. P. 17 15(a)(2) to permit Plaintiff Erin K. Maude to file the Amended Complaint that was attached to Plaintiff's Opposition to Motion to Dismiss, which was filed on February 2, 2023, and to vacate Defendant Barboza's pending Motion to Dismiss.

IT IS SO STIPULATED.

DATED: February 28, 2023            WALTON TWU LLP

                                    /s/ Timothy Walton
                                    Timothy Walton
                                    Attorneys for Plaintiff Erin K. Maude

1
**STIPULATION TO FILING OF FIRST AMENDED COMPLAINT AND TO
VACATE DEFENDANT BARBOZA'S MOTION TO DISMISS AND ORDER**

DATED: February 28, 2023                      LAW OFFICES OF WILLIAM R. PRICE

/s/ William R. Price_____
William R. Price
Attorneys for Defendant Ciro Barboza

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff Erin K. Maude is granted leave to amend to file her First Amended Complaint, a copy of which is attached hereto as Exhibit "A".

IT IS ALSO ORDERED that Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

IT IS FURTHER ORDERED that counsel for plaintiff is directed to e-file the First Amended Complaint on the docket forthwith.

IT IS SO ORDERED.

DATED: March 1, 2023                      *[signature]*
Haywood S. Gilliam, Jr.
District Court Judge