CHRISTOPHER A. CALLIHAN, ESQ. (SBN 203010)
CITY ATTORNEY

CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, CA 93901
Telephone: (831) 758-7256
Facsimile: (831) 758-7257

William R. Price (SBN 171531)
D. Scott Dodd (SBN 170500)
LAW OFFICES OF WILLIAM R. PRICE
12636 High Bluff Dr., Suite 400
San Diego, CA 92130
Telephone: (858) 888-0588
Email: wprice@williamrprice.com, sdodd@williamrprice.com

Attorneys for Defendant
CIRO BARBOZA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIN K. MAUDE, <br><br>  Plaintiff, <br><br>  vs. <br><br> CIRO BARBOZA, FRANCIS MAGBAG, HON. SAM LAVORATO, JR., HON. TIMOTHY P. ROBERTS, and DOES 1 THROUGH 20, <br><br>  Defendants. | Case No. 4:22-cv-03405-HSG <br><br> **ORDER GRANTING DEFENDANT BARBOZA'S EX PARTE MOTION TO EXTEND FILING DATE FOR DEFENDANT'S ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT, JOINT CASE MANAGEMENT STATEMENT, AND RULE 26(F) REPORT** |

Before this Court is Defendant Ciro Barboza's ex parte motion to extend the filing dates for Barboza's Answer the First Amended Complaint, a joint case management statement, and a Rule 26(f) report by three (3) days from July 14, 2023 to July 17, 2023.

The motion provides good cause that the time for the filing of the Answer, joint case management statement, and Rule 26(f) report should be extended to July 17, 2023. The Court finds good cause to grant the ex parte motion to Extend Filing Date for Defendant's Answer to Plaintiff's First Amended Complaint, Joint Case Management Statement, and Rule 26(f) Report and extends

the filing date on each to July 17, 2023.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Ex Parte Motion to Extend Filing Date for Defendant's Answer to Plaintiff's First Amended Complaint, Joint Case Management Statement, and Rule 26(f) Report is GRANTED.

2. Defendant's Answer to Plaintiff's First Amended Complaint, Joint Case Management Statement, and Rule 26(f) Report must be filed on or before July 17, 2023.

3. All other deadlines shall remain in place.

IT IS SO ORDERED.

Dated: 7/14/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge