UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN K. MAUDE,<br><br>        Plaintiff,<br><br>   v.<br><br>CIRO BARBOZA,<br><br>        Defendant. | Case No. 22-cv-03405-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on July 18, 2023. Having considered the parties' proposal, Dkt. No. 59, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 15, 2023 |
| Close of Fact Discovery | February 15, 2024 |
| Exchange of Opening Expert Reports | March 29, 2024 |
| Dispositive Motion Hearing Deadline | April 11, 2024, at 2:00 p.m. |
| Exchange of Rebuttal Expert Reports | May 1, 2024 |
| Close of Expert Discovery | May 31, 2024 |
| Pretrial Conference | July 9, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | July 22, 2024, at 8:30 a.m. |

//

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause.  The parties are directed to review and comply with this Court's standing orders.  This
3  terminates Dkt. No. 59.

**IT IS SO ORDERED.**

Dated:   7/27/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge