UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN K. MAUDE,<br><br>      Plaintiff,<br><br>v.<br><br>CIRO BARBOZA,<br><br>      Defendant. | Case No. 22-cv-03405-HSG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING NOVEMBER 16 HEARING**<br><br>Re: Dkt. No. 69 |

On October 24, 2023, the Court directed Plaintiff's counsel to show cause why he should not be sanctioned for failing to attend any of the ADR pre-mediation conferences scheduled by the mediator and ADR Director.  *See* Dkt. No. 69.  Counsel failed to timely respond, and the Court set an in-person hearing on November 16.  *See* Dkt. No. 70.  Counsel has since responded that he inadvertently missed the Court's orders and messages from the mediator's office due to personal illness.  Dkt. No. 71.  The Court accordingly DISCHARGES the Order to Show Cause and VACATES the November 16 hearing.  The Court expects that counsel has taken all necessary steps to ensure that this will not recur.  Any further failure to comply with court orders or the directions from the ADR Director will result in sanctions.

**IT IS SO ORDERED.**

Dated: 11/14/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge