UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN K. MAUDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIRO BARBOZA,<br><br>　　　　Defendant. | Case No. 22-cv-03405-RFL   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 73 |

In ECF No. 73, Defendant Ciro Barboza moved to compel and for sanctions. The matter was referred to the undersigned Magistrate Judge. ECF No. 74. The Court set a hearing on the motion for February 2, 2024 and stated that "[b]riefing shall be in compliance with Civil Local Rule 7." ECF No. 76. The deadline to file an opposition under Civil Local Rule 7 came and went and none was filed. It's true that in the interim, the case was reassigned to a different District Judge, but the reassignment order stated that "[m]atters currently referred to a Magistrate Judge will remain before that Magistrate Judge absent further notice." ECF No. 77 ¶ 7. And, even had it not said that, the order also stated that "existing briefing schedules for motions remain unchanged." *Id.* ¶ 3. Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE** why Defendant's motion should not be granted as unopposed. Plaintiff's response to this OSC shall be filed no later December 13, 2023.

**IT IS SO ORDERED.**

Dated: December 6, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge